Decided June 25, 1992

STATE OF CONNECTICUT *v.* ROSALBINA NOVOA

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 596, is granted, limited to the following question:

"In the circumstances of this case, was the use of wiretap evidence permitted by the provisions of General Statutes §§ 54-41p (b) and 54-41b?"

*Bruce A. Sturman,* public defender, in support of the petition.

*Kevin T. Kane,* assistant state's attorney, in opposition.

Decided June 25, 1992